# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States Of America

v.

Mercedes Elesse Holyfield, and
(Count 1)

Jerone Dayvon Williams,
(Count 2)

Case No.: 22 - 3255 MB

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date of March 5, 2022, in the County of Maricopa in the District of Arizona, the defendants violated 18 U.S.C. § 924(a)(1)(A), an offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B - Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUTHORIZED BY: COLEEN SCHOCH, AUSA

| | |
|---|---|
| SA Hannah Carroll | HANNAH CARROLL   Digitally signed by HANNAH CARROLL   Date: 2022.08.19 15:34:38 -07'00' |
| Name of Complainant | Signature of Complainant |

Sworn to before me and subscribed in my presence

8 - 19 - 22

Date

at     Phoenix, Arizona

City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

Name & Title of Judicial Officer

M Morrissey

Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNTS

## COUNT 1

On or about March 5, 2022, in the District of Arizona, Defendant Mercedes Elesse HOLYFIELD knowingly made a false statement and representation to Ammo-AZ in Phoenix, Arizona, which was then licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant Mercedes Elesse HOLYFIELD did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record stating that she resided at the address listed on the Form 4473, when in truth and fact, she knew that she resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about March 5, 2022, in the District of Arizona, Defendant Jerone Dayvon WILLIAMS knowingly made a false statement and representation to Ammo-AZ in Phoenix, Arizona, which was then licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant Jerone Dayvon WILLIAMS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record stating that he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Hannah Carroll, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby depose and state as follows:

1.    I make this statement in support of a criminal complaint for Mercedes Elesse HOLYFIELD and Jerone Dayvon WILLIAMS for violations of 18 U.S.C. § 924 (a)(1)(A) (False Statement in the Purchase of a Firearm).

2.    I am a Special Agent with the Bureau of Alcohol Tobacco Firearms & Explosives (ATF). I have been appointed as a Special Agent since June 2018. I have received training in the enforcement of the Federal firearms and explosive laws. I have investigated individuals for federal firearms violations, which included firearms trafficking.

3.    The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.

4.    Congress and the Attorney General delegated the authority to the ATF to investigate, administer, and enforce the provisions of the Gun Control Act (GCA), Chapter 44 of Title 18. In this regard, ATF regulates the firearms industry and provides guidance on the GCA to other federal agencies.

5.    When a person purchases a firearm from a federal firearms licensee (FFL), that person must fill out a Firearms Transaction Record, the ATF Form 4473. This form is the official transfer record that documents the transfer of the purchased firearm(s) from the FFL to the purchaser. When a purchaser fills out the form, the purchaser must provide identifying information and answer a series of questions that are designed to determine if the purchaser is buying the firearms for themself and if the purchaser is a prohibited possessor. The purchaser must also sign a certification on the form attesting that every answer on the form is true and correct.

6. The dealer fills out portions of the form as well, to include the make, model, and serial number of the firearm(s) being transferred. This form must then be maintained by the dealer.

7. On March 5, 2022, HOLYFIELD purchased two firearms from Ammo A-Z, an FFL located in Phoenix, Arizona. When completing the Form 4473, HOLYFIELD listed her residence address as 4450 E. Southern Avenue, Apartment 242, Mesa, Arizona 85206.

8. On March 5, 2022, WILLIAMS purchased three firearms from Ammo A-Z, an FFL located in Phoenix, Arizona. While completing the Form 4473, WILLIAMS listed his address as 4450 E. Southern Avenue, Apartment 242, Mesa, Arizona 85206.

9. On August 2, 2022, I received leasing documents from the Traditions Apartments, located at 4450 E. Southern Ave, Mesa, Arizona, regarding HOLYFIELD's and WILLIAM's residences.

10. HOLYFIELD and WILLIAMS together leased Apartment 242 at Traditions Apartments, with an address of 4450 E. Southern Ave., Apartment 242, Mesa, Arizona, beginning on June 1, 2018, and ending on June 30, 2019. According to the leasing office, neither HOLYFIELD nor WILLIAMS have resided at that address since June 30, 2019.

11. On August 2, 2022, I received leasing documents from the Tides on Southern apartments, located at 2151 E Southern Ave, Mesa, Arizona, regarding HOLYFIELD's and WILLIAM's residences.

12. HOLYFIELD and WILLIAMS together leased three different apartments at Tides on Southern apartment complex, located at 2151 E. Southern Avenue, Mesa, Arizona. They leased Apartment 1072 from May 28, 2020 – May 27, 2021. They renewed the lease on Apartment 1072 on May 28, 2021. On June 14, 2021, they transferred the lease to Apartment 1092. They leased Apartment 1092 from June 14, 2021 –April 13, 2022. They then leased apartment 2137 from April 1, 2022 – Present. This current lease ends on March 31, 2023.

13. On May 5, 2022, I spoke with HOLYFIELD at 2151 W. Southern Avenue, Apt 2137, Mesa, Arizona 85202. HOLYFIELD answered the door and allowed me and

2

other ATF SAs inside. I asked if she formerly lived at 4550 E. Southern Avenue in Mesa [Traditions Apartments]. HOLYFIELD replied that she did. HOLYFIELD showed an Arizona identification card with her old address [Traditions Apartments] and stated she got a new ID card with her new address.

14.    On May 5, 2022, I interviewed WILLIAMS at his place of work. WILLIAMS stated that he lived with HOLYFIELD, and he was angry that ATF had been at his house.

15.    On August 19, 2022, after her arrest, HOLYFIELD stated that she had lived at that apartment complex [Tides on Southern] in various apartments for two-and-a-half years.

16.    Based upon the above facts and circumstances, I respectfully submit that there is probable cause to believe that HOLYFIELD and WILLIAMS did knowingly and unlawfully falsify the ATF 4473 by not using their current and correct address.

HANNAH CARROLL  Digitally signed by HANNAH CARROLL
Date: 2022.08.19 15:35:05 -07'00'

Special Agent Hannah Carroll
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me telephonically this ___19___ day of August, 2022.

M Morrissey

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

3